# In the United States Court of Federal Claims

Case No. 06-94T
(Filed: April 12, 2006)

*************************************************
THOMAS R. LUMPKIN and *
JEAN LUMPKIN, *
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*************************************************

**ORDER**

The parties' **Joint Motion for Suspension of Proceedings** filed April 7, 2006, in the above-captioned case is hereby **GRANTED**. This case is **stayed until further notice**, pending the final decision in the following representative test cases: *Robert J. and Susan L. Isler* (01-344T), *Jeffrey T. Scuteri* (01-358T), *John F. and Pamela F. Hinck* (03-865T), *Kenneth C. Kenner* (03-3028T)*, and William P. Smith, Jr., and Anne D. Smith* (04-907T).

The parties shall file a Joint Status Report every three months updating the Court as to the progress of the representative cases, or of other of the related cases. **The first Joint Status Report is due no later than July 17, 2006.**

**The parties shall also file a Joint Notice to Proceed no later than thirty (30) days after a dispositive ruling in any of the related cases.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge