IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-94 T

(Judge Lawrence M. Baskir)

THOMAS R. LUMPKIN and JEAN P. LUMPKIN,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT NOTICE TO PROCEED

Pursuant to the Court's Order [Doc. #8] filed April 12, 2006, the parties, through their attorneys, provide the joint proposal:

On September 14, 2004, the Court heard oral argument in *John F. and Pamela F. Hinck v. United States,* Fed. Cl. No. 03-865 T, which had been filed with the Court on April 30, 2003. Pursuant to an opinion issued February 3, 2005, this Court dismissed the complaint in *Hinck.* The plaintiffs filed a notice of appeal on March 17, 2005. The appeal was docketed in the United States Court of Appeals for the Federal Circuit on March 24, 2005 (Docket No. 05-5099) and oral argument held on March 9,

2006.

On May 4, 2006, the Federal Circuit affirmed this Court's dismissal of the complaint in John F. and Pamela F. Hinck v. United States, Fed. Cl. No. 03-865 T. See Hinck v. United States, - - F.3d - - , 2006 WL 1170274 (Fed. Cir. May 4, 2006). The Federal Circuit held that 26 U.S.C. § 6404(h) grants exclusive subject matter jurisdiction to the Tax Court to review the IRS's denials of interest abatement, and therefore the Court of Federal Claims lacks subject matter jurisdiction to do the same. See id.

Under the Federal Circuit's decision, the Court lacks subject matter jurisdiction over the interest abatement claims in this case. Plaintiffs' counsel, however, intends to seek rehearing in the Federal Circuit and/or petition for Supreme Court review of the Hinck decision.

Accordingly, the parties propose the Court wait until final appellate action, before dismissing plaintiffs' interest abatement claims.

Plaintiffs' attorney has authorized defendant's attorney to sign this motion on his behalf.

Respectfully submitted,

5/16/2006 s/Thomas E. Redding by s/Bart D. Jeffress
Date THOMAS E. REDDING
Redding & Associates, P.C.

2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

5/16/2006 s/Bart D. Jeffress
Date BART D. JEFFRESS

Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

5/16/2006 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant