IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-94 T

(Judge Lawrence M. Baskir)

THOMAS R. LUMPKIN and JEAN P. LUMPKIN,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order dated April 12, 2006, the parties provide the following status report:

1. This case has been suspended since April 12, 2006, pending a final decision in Robert J. Isler and Susan L. Isler v. United States, Fed. Cl. No. 01-344 T; Jeffrey T. Scuteri v. United States, Fed. Cl. No. 01-358 T; John F. and Pamela F. Hinck v. United States, Fed. Cl. No. 03-865 T; Kenneth C. Keener v. United States, Fed. Cl. No. 03-2028 T and William P. Smith, Jr. and Anne D. Smith v. United States, Fed. Cl. No. 04-907 T.

2. On October 8, 2004, the Court heard oral argument in Isler

and Scuteri. The United States filed an additional motion for partial dismissal in Isler on December 12, 2005, and in Scuteri on February 3, 2006. Plaintiffs filed their response in Isler on July 17, 2006, and also intend to file their response in Scuteri and Prati on July 17, 2006.

3. On March 29, 2006, the parties filed a joint motion for transfer to a single judge of most currently pending and all future filed AMCOR partnership cases. See *Wood et. al. v. U.S.*, Fed. Cl. No. 02-56 T, Mot. [Doc. #24]. Subsequently, many AMCOR cases, including *Isler* and *Scuteri*, were transferred to Judge Lawrence J. Block. In addition, there is currently a procedure in place, pursuant to which plaintiffs' counsel, when filing a new AMCOR complaint, notifies the clerk's office that it is an AMCOR case, and the clerk's office assigns the case to Judge Block.

4. The United States filed a motion for partial dismissal in Keener and Smith on November 4, 2005. On February 21/22, 2006, plaintiffs filed their response and a partial motion for summary judgment. On May 5, 2006, defendant filed a response to plaintiffs' summary judgment motion, and, on May 10, 2006, a reply to plaintiffs' response.

5. On September 14, 2004, the Court heard oral argument in Hinck, and, pursuant to an opinion issued February 3, 2005, this Court

dismissed the complaint in Hinck. The plaintiffs filed a notice of appeal on March 17, 2005. The appeal was docketed in the United States Court of Appeals for the Federal Circuit on March 24, 2005 (Docket No. 05-5099) and oral argument held on March 9, 2006.

On May 4, 2006, the Federal Circuit affirmed this Court's dismissal of the complaint in John F. and Pamela F. Hinck v. United States, Fed. Cl. No. 03-865 T. See *Hinck v. United States*, 446 F.3d 1307 (Fed. Cir. 2006). The Federal Circuit held that 26 U.S.C. § 6404(h) grants exclusive subject matter jurisdiction to the Tax Court to review the IRS's denials of interest abatement, and therefore the Court of Federal Claims lacks subject matter jurisdiction to do the same. *See id.*

Under the Federal Circuit's decision in Hinck, the Court lacks subject matter jurisdiction over plaintiffs' claims for interest abatement. Plaintiffs' counsel, however, intends to petition for Supreme Court review of the *Hinck* decision. Accordingly, the parties propose the Court wait until final appellate action, before dismissing plaintiffs' interest abatement claims.

The parties notified the Court of the developments in Hinck in a Joint Notice to Proceed [Doc. #9] filed May 16, 2006.

6. The parties will file the next status report on or before October 17, 2006.

7. Plaintiffs' attorney has authorized defendant's attorney to sign this motion on his behalf.

Respectfully submitted,

07/17/2006 s/Thomas E. Redding by s/Bart D. Jeffress
Date THOMAS E. REDDING
Redding & Associates, P.C.
2914 West T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

07/17/2006 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

07/17/2006 s/Steven I. Frahm

Date Of Counsel

Attorneys for Defendant