# In the United States Court of Federal Claims

Case Nos. 01-305T; 01-575T; 02-248T; 04-1765T;
05-221T; 06-94T (Consolidated)
(Filed: August 16, 2006)

****************************************************
RICHARD J. CAROTA, *
LEWIS C. & SONIA C. GANTER, *
JOHN Y. & JOSEPHINE J. GLASS, *
MICHAEL D. & NANCY E. HENDERSON, *
CHARLES H. & KAY A. JOHNSON, *
THOMAS R. & JEAN LUMPKIN, *
*Plaintiffs,* *

v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The Court is in receipt of the Joint Status Report (JSR) filed August 7, 2006, in *Johnson v. U.S.*, Case #05-221T. In the JSR, the parties moved to consolidate the status reporting requirements in the *Johnson* case with those in *Carota*, *Ganter*, *Glass*, *Henderson*, and *Lumpkin*. All six cases are suspended, awaiting the outcome of the AMCOR litigation in this Court.

For judicial efficiency, the **six above-mentioned cases shall be consolidated for status reporting purposes only.** *Carota*, this Court's oldest AMCOR case, shall be the lead case. Parties are required to file:

- a JSR to be filed **every 90 days** in *Carota* to update the Court on the progress of *Isler, Scuteri, Prati, Hinck, Keener, Smith* and *Dismore*, starting **November 6, 2006; and**

- a JSR to be filed in *Carota* within 30 days of a dispositive ruling in the *Isler, Scuteri, Prati, Hinck, Keener, Smith* and/or *Dismore* cases, informing the Court of the effect, if any, of the ruling on *Carota*, *Ganter*, *Glass*, *Henderson, Johnson*, or *Lumpkin,* and setting forth the parties' proposal on how to proceed in any affected case**.**

**The Clerk of the Court is directed to file a copy of this Order in the *Carota*, *Ganter*, *Glass, Henderson*, *Johnson* and *Lumpkin* records*.***

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge